EXHIBIT A (1/1)

# LEHMAN BROTHERS ASSET MANAGEMENT

P.O. Box 8403
Boston, MA 02266-8403

**MASTER ACCOUNT STATEMENT**
01/01/08 THROUGH 12/31/08

Broker/Dealer No: 0079100
Account Owner:
CANTAB CAPITAL PARTNERS LP
BABBAGE CLASS CHRIS PUGH
ATTN PAUL COLE
CANTAB CAPITAL PARTNERS
DAEDALUS HOUSE STATION RD
CAMBRIDGE UK CB12RE

CANTAB CAPITAL PARTNERS LP
ATTN PAUL COLE
DAEDALUS HOUSE STATION RD
CAMBRIDGE CB1 2RE
UK

000001

**TOTAL MARKET VALUE     $0.00        Page 1 of 1**

## ACCOUNT ACTIVITY

CANTAB CAPITAL PARTNERS LP
BABBAGE CLASS CHRIS PUGH

PRIME PORTFOLIO INSTL CL    ACCOUNT NUMBER: 170002771/9

| CONFIRM DATE | TRADE DATE | TRANSACTION DESCRIPTION | DOLLAR AMOUNT THIS TRANSACTION | SHARE PRICE | SHARES THIS TRANSACTION | SHARES OWNED |
|---|---|---|---|---|---|---|
| | | Total market value as of JAN 1 | $0.00 | $1.00 | | 0.0000 |
| 02/29 | 02/29 | SHARES PURCHASED BY WIRE | $3,396,006.00 | $1.00 | 3,396,006.0000 | 3396006.0000 |
| 02/29 | 02/29 | INCOME REINVEST | $702.13 | $1.00 | 702.1300 | 3396708.1300 |
| 02/29 | 02/29 | NON-RESIDENT ALIEN TAX | $300.91 | $1.00 | 300.9100 | 3396708.1300 |
| 03/03 | 03/03 | SAME DAY WIRE REDEMPTION | $1,750,503.00 | $1.00 | 1,750,503.0000 | 1646205.1300 |
| 03/04 | 02/29 | FOREIGN TAX ADJ PURCHASE | $300.91 | $1.00 | 300.9100 | 1646506.0400 |
| 03/04 | 02/29 | FOREIGN TAX ADJ DECREASE | $300.91 | $1.00 | 300.9100 | 1646506.0400 |
| 03/31 | 03/31 | INCOME REINVEST | $4,227.74 | $1.00 | 4,227.7400 | 1650733.7800 |
| 04/02 | 04/02 | SAME DAY WIRE REDEMPTION | $19,345.00 | $1.00 | 19,345.0000 | 1631388.7800 |
| 04/30 | 04/30 | INCOME REINVEST | $3,838.57 | $1.00 | 3,838.5700 | 1635227.3500 |
| 05/30 | 05/30 | INCOME REINVEST | $3,703.88 | $1.00 | 3,703.8800 | 1638931.2300 |
| 06/30 | 06/30 | INCOME REINVEST | $3,217.09 | $1.00 | 3,217.0900 | 1642148.3200 |
| 07/31 | 07/31 | INCOME REINVEST | $3,420.59 | $1.00 | 3,420.5900 | 1645568.9100 |
| 08/29 | 08/29 | INCOME REINVEST | $3,497.76 | $1.00 | 3,497.7600 | 1649066.6700 |
| 09/15 | 09/15 | INCOME DIVIDEND CASH | $1,422.95 | $1.00 | 0.0000 | 1649066.6700 |
| 09/15 | 09/15 | SAME DAY WIRE REDEMPTION | $1,649,066.67 | $1.00 | 1,649,066.6700 | 0.0000 |
| | | Total market value as of DEC 31 | $0.00 | $1.00 | | |

## ACCOUNT EARNINGS YEAR TO DATE

| FUND | ACCOUNT NUMBER | INCOME DIVIDENDS | CAPITAL GAINS SHORT-TERM | CAPITAL GAINS LONG-TERM | TOTAL |
|---|---|---|---|---|---|
| PRIME PORTFOLIO INSTL CL | 170002771/9 | $24,331.62 | $0.00 | $0.00 | $24,331.62 |

EXHIBIT B (1/3)
(RELEVANT EXCERPTS ONLY)

# Lehman Brothers Institutional Liquidity Funds





**Institutional Class**
Money Market Portfolio
Prime Portfolio
Government Portfolio
Government Reserves Portfolio
Treasury Portfolio
Treasury Reserves Portfolio
Tax-Exempt Portfolio
Municipal Portfolio

Prospectus July 29, 2008

LEHMAN BROTHERS ASSET MANAGEMENT

These securities, like the securities of all mutual funds, have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if the prospectus is accurate or complete. Any representation to the contrary is a criminal offense.

## Summary of Portfolios

| | |
|---|---|
| Money Market Portfolio | A money market fund seeking the highest available current income consistent with safety and liquidity. The Portfolio primarily invests in corporate debt obligations, asset-backed securities, variable rate obligations, instruments issued or guaranteed by the U.S. Government, its agencies or instrumentalities, repurchase agreements and securities of U.S. and foreign banks. |
| Prime Portfolio | A money market fund seeking the highest available current income consistent with safety and liquidity. The Portfolio primarily invests in corporate debt obligations, asset-backed securities, variable rate obligations, instruments issued or guaranteed by the U.S. Government, its agencies or instrumentalities, repurchase agreements and securities of U.S. and foreign banks. |
| Government Portfolio | A money market fund seeking maximum safety and liquidity and the highest available current income. The Portfolio invests in securities issued or guaranteed as to principal or interest by the U.S. Government, its agencies and instrumentalities and repurchase agreements relating to such securities. |
| Government Reserves Portfolio | A money market fund seeking maximum safety and liquidity and the highest available current income. The Portfolio invests in securities issued or guaranteed as to principal or interest by the U.S. Government, its agencies and instrumentalities. |
| Treasury Portfolio | A money market fund seeking the highest available current income consistent with safety and liquidity. The Portfolio invests in direct obligations of the U.S. Treasury and repurchase agreements relating to such securities. |
| Treasury Reserves Portfolio | A money market fund seeking the highest available current income consistent with safety and liquidity. The Portfolio invests in direct obligations of the U.S. Treasury. |
| Tax-Exempt Portfolio | A money market fund seeking the highest available current income that is exempt from federal income tax and, to the extent possible, is not a tax preference item for purposes of the federal alternative minimum tax, consistent with safety and liquidity. The Portfolio normally invests at least 80% of its net assets in high-quality, short-term municipal securities, the interest on which is not a preference item for federal alternative minimum tax purposes. |
| Municipal Portfolio | A money market fund seeking the maximum current income exempt from federal income tax, consistent with safety and liquidity. The Portfolio normally invests at least 80% of its net assets in high-quality, short-term municipal securities from issuers around the country. The Portfolio's dividends are generally exempt from federal income tax, but all or part thereof may be a tax preference item for purposes of the federal alternative minimum tax. |

# Management

## Portfolio Managers

The Portfolio Managers of **Money Market Portfolio** and **Prime Portfolio** are:

**John C. Donohue**, Managing Director, Lehman Brothers Asset Management LLC (formerly, Lincoln Capital Fixed Income Management Company, LLC) ("Lehman Brothers Asset Management"), has primary responsibility for managing the Taxable Cash Management product group at Lehman Brothers Asset Management. (Lehman Brothers Asset Management is a wholly owned subsidiary of Lehman Brothers Holdings Inc.) Prior to joining Lehman Brothers Asset Management in 2003, Mr. Donohue worked at two other investment managers where he was a portfolio manager.

**Timothy J. Robey**, Vice President, Lehman Brothers Asset Management, joined Lehman Brothers Asset Management in 2003. Previously, Mr. Robey was an assistant money market portfolio manager with another investment manager.

The Portfolio Managers of **Government Portfolio, Government Reserves Portfolio, Treasury Portfolio** and **Treasury Reserves Portfolio** are:

**John C. Donohue**, Managing Director, Lehman Brothers Asset Management, has primary responsibility for managing the Taxable Cash Management product group at Lehman Brothers Asset Management. Prior to joining Lehman Brothers Asset Management in 2003, Mr. Donohue worked at two other investment managers where he was a portfolio manager.

**Eric D. Hiatt**, Senior Vice President, Lehman Brothers Asset Management, joined Lehman Brothers Asset Management in 2003. Previously, Mr. Hiatt was a portfolio manager with another investment adviser managing short-term and money market portfolios.

The Portfolio Managers of **Municipal Portfolio** and **Tax-Exempt Portfolio** are:

**William J. Furrer**, Senior Vice President, Lehman Brothers Asset Management, joined Lehman Brothers Asset Management in 2005. Previously, Mr. Furrer managed funds for another investment adviser since 1990.

**Kristian J. Lind**, Vice President, Lehman Brothers Asset Management, joined Lehman Brothers Asset Management in 2005. Previously, Mr. Lind was an assistant portfolio manager with another investment adviser.

## Investment Manager

**Neuberger Berman Management Inc.** (the "Manager") is each Portfolio's investment manager, administrator and distributor. Pursuant to an investment advisory agreement, the Manager is responsible for choosing each Portfolio's investments and handling its day-to-day business. The Manager carries out its duties subject to policies established by Lehman Brothers Institutional Liquidity Fund's board of trustees. The investment advisory agreement establishes the fees paid to the Manager for its services as each Portfolio's investment manager and expenses paid directly by each Portfolio. The Manager engages a sub-adviser to choose each Portfolio's investments and handle its day-to-day business. The sub-adviser of each Portfolio is Lehman Brothers Asset Management. As investment manager, the Manager is responsible for overseeing the activities of the sub-adviser. The Manager and the sub-adviser are wholly owned subsidiaries of Lehman Brothers Holdings Inc.

For the period ended 03/31/2008, the management/administration fees paid to the Managers by the Money Market Portfolio, Prime Portfolio, Government Portfolio, Government Reserves Portfolio, Treasury Portfolio, Tax-Exempt Portfolio and Municipal Portfolio were 0.18%, 0.18%, 0.18%, 0.18%, 0.18%, 0.18% and 0.18%, respectively, of average net assets after any reimbursements or waivers.

For Treasury Reserves Portfolio, the Manager is paid fees at the annual rate of 0.08% of average daily net assets for investment management services and 0.10% of average daily net assets for administrative services provided to each Portfolio's shareholders.

A discussion regarding the basis for the approval of the investment advisory and sub-advisory contracts by the Portfolio's Board of Trustees is available in each Portfolio's semi-annual report to shareholders, dated September 30, 2007.

**EXHIBIT C**

(RELEVANT EXCERPTS ONLY)

From: Lehman Brothers Institutional Liquidity Funds
[mailto:LBILF@lehman.com]
Sent: 15 September 2008 19:54
To: Paul Cole; Lehman Brothers Institutional Liquidity Funds
Subject: RE: Redemption Account

We can process this for you. Thank you.

Thank you for your consideration.

Lehman Brothers Asset Management
Institutional Liquidity Funds Client Service Desk
605 3rd Avenue, 2nd Floor
New York, NY 10158-0180
(888) 556-9030 (Office)
(781) 796-3327 (Fax)
LBILF@Lehman.com

From: Paul Cole [mailto:Paul.Cole@cantabcapital.com]
Sent: Monday, September 15, 2008 2:51 PM
To: Lehman Brothers Institutional Liquidity Funds
Subject: Redemption Account

Guys,

I need to make a small redemption from the Prime Portfolio (1,649,066.67 for value today). Trouble is it cant be to the account that is setup in the Funds Direct system. I need to make the redmeption to

ABA #:            21000089
BANK:           CITIBANK
CITY:            NEW YORK
A/C #:            40616408
ENTITY NAME:        GOLDMAN SACHS INTERNATIONAL
FOR CREDIT ACCOUNT:        023 430002 (CCP QUANTITATIVE MASTER FUND)

Is there a number to call to do this?

Thanks,

Paul.

Paul Cole
t: +44 1223 755767
Cantab Capital Partners<http://www.cantabcapital.com/ccpsigsmall.png>

**From:** Lehman Brothers Institutional Liquidity Funds [mailto:LBILF@lehman.com]
**Sent:** 16 September 2008 13:04
**To:** Paul Cole; Lehman Brothers Institutional Liquidity Funds; Mills, Lisa
**Cc:** Offshore Liquidity Funds
**Subject:** RE: Payment Ref

The payment was sent incorrectly to the other banking instructions on file.
Can you please check that account for the wire.
Sorry for the inconvenience.

---

**From:** Paul Cole [mailto:Paul.Cole@cantabcapital.com]
**Sent:** Tuesday, September 16, 2008 4:32 AM
**To:** Lehman Brothers Institutional Liquidity Funds; Mills, Lisa
**Subject:** Payment Ref

Hi Guys,

Can you provide a payment ref for the $1.649m redemption yesterday.

Many thanks,

Paul.

Paul Cole
t: +44 1223 755767


Cantab Capital Partners

---------------------------------------------------- This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

EXHIBIT E (1/2)

(RELEVANT EXCERPTS ONLY)

From: Gabrielson, Seth A [mailto:seth.gabrielson@lehman.com]
Sent: 18 September 2008 17:14
To: Paul Cole
Cc: McGrath, Kevin; Offshore Liquidity Funds
Subject: RE: Redemption Account

Hi Paul,

Below are the wire details for Mondays redemption. Let me know if you are still unable to locate the monies.

```
MENU      CO   52 OP           MS 55500 ACTION COMPLETE

ACTION XTEN     COID   52          ACCT COND

PROD CODE DDA    ACCT      99057101   SHORT NAME BFDS AGENT FOR LEHMAN LIQ

SUB PROD 00    BRANCH 0001

TRAN CODE 1137  DESCRIPTION OUTGOING WIRE

POST DATE 108/09/15 TRACE ID 080915031823    TIME 0.40.01 CURR DG 3201

EFF DATE 108/09/15 OPERATOR X50505       ENVMT     REV T/C 1138

STMT DATE       TRAN NO    37266 POST SEQ   208  SOURCE  SSFTSKSC

SYS DATE 108/09/16 SERIAL #          SOURCE TYPE    4

TRAN AMOUNT     1,650,489.62  CASH AMOUNT              .00

CURR BAL    2,481,706,458.85  COLL BAL    2,481,706,458.85


EXTENDED DESCRIPTION:            PAGE   1 OF  3

400520042000000099057101 1137-000000165048962220809150847610809150 80915031823200

80915021000089 CITIBANK NYC

        000000011          20080915A1Q002HC0021511654  {4200}/

30545087 CANTAB CAPITAL PARTNERS REF: 79890105{5000}/000201000170002771 CANTAB
```

CAPITAL PARTNERS LP ATTN PAUL COLE CANTAB CAPITAL PARTNERS{5100}/99057101 BOSTON FINANCIAL DATA SERVICES 2 HERITAGE DR N QUINCY     MA 021712144

Regards,

Seth Gabrielson
Lehman Brothers Asset Management
605 Third Ave, 2nd Floor
New York, NY 10158-3698
212-476-5594 (Office)
347-205-4386 (Mobile)
646-758-6327 (Fax)
Seth.Gabrielson@Lehman.com

Lehman Brothers Asset Management, LLC, Neuberger Berman, LLC, Registered Investment Advisers. Brokerage and/or custody services offered exclusively by Neuberger Berman, LLC member NYSE/SIPC. Contact your representative if you have any questions.

---

**From:** Paul Cole [mailto:Paul.Cole@cantabcapital.com]
**Sent:** Thursday, September 18, 2008 12:03 PM
**To:** Gabrielson, Seth A
**Subject:** FW: Redemption Account

What account number did you have again?

---

**From:** Paul Cole [mailto:Paul.Cole@cantabcapital.com]
**Sent:** Monday, September 15, 2008 2:51 PM
**To:** Lehman Brothers Institutional Liquidity Funds
**Subject:** Redemption Account

Guys,

I need to make a small redemption from the Prime Portfolio (1,649,066.67 for value today). Trouble is it cant be to the account that is setup in the Funds Direct system. I need to make the redmeption to

| | |
|---|---|
| ABA #: | 21000089 |
| BANK: | CITIBANK |
| CITY: | NEW YORK |
| A/C #: | 40616408 |
| ENTITY NAME: | GOLDMAN SACHS INTERNATIONAL |
| FOR CREDIT ACCOUNT: | 023 430002 (CCP QUANTITATIVE MASTER FUND) |

Is there a number to call to do this?

Thanks,

Paul.

Paul Cole
t: +44 1223 755767

EXHIBIT F (7/1)

| | |
|---|---|
| From: | Kim, Monica [London] [monica.kim@lehman.com] |
| Sent: | Monday, September 22, 2008 5:15 AM |
| To: | Chris Pugh; Waterworth, Andrew |
| Cc: | Offshore Liquidity Funds; Gabrielson, Seth A; Hunn, Jeffrey |
| Subject: | RE: Redemption Account |

Hi Chris,

Thanks for your email and for letting me know. I've spoken to Lisa Mills and Kevin McGrath from our client service team and they will contact our NY counterparts when they come in (1pm our time) and chase them as a high priority. It takes a few days for the money to be kicked back to BFDS and then re-wired to the correct GSCO account but we will chase this to ensure it gets completed ASAP. In addition, as it was BFDS, the Prime Fund's administor, who wired the money erroneously, you should receive the interest payments for these missing days - we will make sure we push for this. Lisa, Kevin or myself will call you this afternoon after we've spoken with our NY team and come back to you with a status. In the meantime, please don't hesitate to contact us with any questions.

Kind regards,
Monica

**Monica Kim**
Lehman Brothers Asset Management
25 Bank Street
London  E14 5LE
Tel: +44 (0)207 102 9328
Fax: +44 (0)207 102 4833
email: mokim@lehman.com

**From:** Eby, Robert [mailto:reby@lehman.com]
**Sent:** 23 April 2009 14:24
**To:** Paul Cole
**Subject:** RE: RE:

Hi Paul - Jonathan should be sending you an update later today on our efforts for resolving.

In the meantime, the USD was applied to our LBCC USD account at Citibank.

Citibank N.A., NY
for account of Lehman Brothers Commercial Corp.
a/c 30545087

Rob

---

**From:** Paul Cole [mailto:Paul.Cole@cantabcapital.com]
**Sent:** Thursday, April 23, 2009 5:22 AM
**To:** Eby, Robert
**Subject:** RE: RE:

Hi Rob,

Any news? If at least you can definitely state where the cash resides then I can revert to our counsel today that would be great.

Many thanks,

Paul.

---

**From:** Eby, Robert [mailto:reby@lehman.com]
**Sent:** 17 April 2009 12:55
**To:** Paul Cole
**Subject:** RE: RE:

jonathan and i are still working the proposal. hope to have some feedback shortly.

---

**From:** Paul Cole [mailto:Paul.Cole@cantabcapital.com]
**Sent:** Monday, April 06, 2009 5:07 AM
**To:** jonathan.williams1@barclayscapital.com; Williams, Robin: Operations (NYK)
**Subject:** RE:

Hi Jonathan/Robin,

Hope you are well and am sorry to trouble you with this again but it would be fantastic if you can help out..

```
-----Original Message-----
From: Williams, Jonathan D [mailto:Jonathan.Williams@lehman.com]
Sent: 24 April 2009 21:43
To: Paul Cole
Cc: Eby, Robert
Subject: Errant Wire Transfer to LBCC
```

Paul,

How is it going?

As you know, I am working with Rob on the derivatives wind up for Lehman Brothers Holdings Inc. I have had numerous conversations with counsel around the $1.6MM LBAM transferred in error to LBCC. The bottom line is that because these funds were received by LBCC "pre-petition" (meaning before Oct 3, 2008, when LBCC filed), they cannot be returned, but must be claimed of the estate. This is the case even though there was no underlying account or trade obligation to LBCC. Ironically, if the transferred had occurred on or after Oct 3, 2008, funds could be returned in their entirety and without awaiting final distribution of the estate.

This is obviously a disappointing result.

Have you looked at filing a claim on this? Please give me a call Monday to discuss.

Thanks and regards,

Jonathan D. Williams
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas
New York, NY 10020
Work 646-333-9579
Cell 917-940-1496

--------------------------------------------------

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free.
Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

--------

IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

1

# CLIFFORD
# CHANCE

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK NY 10019 6131

TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

CHARLES J. SCIBETTA, JR.
Partner

DIRECT TEL +1 212 878 8139
DIRECT FAX +1 212 878 8375
Charles.Scibetta@CliffordChance.com

EXHIBIT 1

October 27, 2008

VIA FEDERAL EXPRESS

Peter E. Sundman
and
Board of Directors
Neuberger Berman Management Inc.
605 Third Ave
New York, NY 10158-3698

Bradley Curtis Tank
and
Board of Directors
Lehman Brothers Asset Management LLC
190 South LaSalle Street, Suite 2400
Chicago, IL 60603

Seth Gabrielson
Lehman Brothers Asset Management LLC
605 Third Ave
New York, NY 10158-3698

Stephen C. Hooley
and Board of Directors
Boston Financial Data Services, Inc.
2 Heritage Drive
Quincy, Massachusetts 02171

Re:   Cantab Capital Partners

Dear Sirs:

This letter replaces and corrects the letter that I sent last week to Neuberger Berman Management Inc., Lehman Brothers Asset Management LLC, and Boston Financial Management Inc.

I am writing on behalf of my client, Cantab Capital Partners ("Cantab"). On September 15, 2008, Cantab requested that Lehman Brothers Asset Management ("LBAM") make a redemption in the amount of $1,649,066.67 from Cantab's account in Lehman Brothers Institutional Liquidity Funds Prime Portfolio (the "Fund") to:

| | |
|---|---|
| ABA#: | 21000089 |
| BANK: | CITIBANK |
| CITY: | NEW YORK |
| A/C#: | 40616408 |
| ENTITY NAME: | GOLDMAN SACHS INTERNATIONAL |
| FOR CREDIT ACCT: | 023 430002 (CCP QUANTITATIVE MASTER FUND) |

In direct violation of Cantab's instructions, LBAM, with the assistance of Boston Financial Data Services, Inc. ("BFDS"), transferred $1,650,489.62, not to the above-designated Goldman Sachs account, but to Lehman Brothers Commercial Corporation ("LBCC"). It is our understanding that

NYB1601076.2

CLIFFORD
CHANCE

CLIFFORD CHANCE US LLP

October 27, 2008

Page 2

LBAM has advised LBCC of LBAM's and BFDS's error and requested return of the erroneously transferred funds on behalf of Cantab but that LBCC has not honored such request.

Now, therefore, Cantab demands that Nueberger Berman Management Inc. ("NBM"), as investment manager, LBAM, as sub-adviser, BFDS, as agent for LBAM, and/or the Fund immediately reimburse Cantab in the amount of $1,650,489.62, plus interest since September 15, 2008, for the damages caused by LBAM's and/or BFDS's negligence. Should NBM, LBAM, BFDS, and/or the Fund fail to so reimburse Cantab before October 30, 2008, Cantab will be forced to consider its further options for seeking redress, including but not limited to commencing litigation. Meanwhile, Cantab reserves all of its rights in this matter and waives none.

Pending resolution of this matter, please take immediate steps to preserve all written and recorded communications or documentation relevant to this transaction, including but not limited to the documents, emails and recorded phone calls, if any, involving the following individuals: Monica Kim, Robert Byerly, Jeffrey Hunn, Joseph S. Quirk, Nick J. Hoar, Darragh Buckley, Seth A. Gabrielson, and the user of the email address LBILF@Lehman.com.

Please call me immediately if you have any questions. Thank you for your anticipated cooperation.

Very truly yours,

Charles J. Seibetta

cc: Chris Pugh (Cantab Capital Partner)

NYB1601076.2