UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/09

CANTAB CAPITAL PARTNERS LLP,   )   **Case Management Plan**
                               )
                    Plaintiff, )   09-cv-06797 (RMB)
- against –                    )
                               )
NEUBERGER BERMAN MANAGEMENT LLC )
(f/k/a NEUBERGER BERMAN MANAGEMENT, )
INC.), NEUBERGER BERMAN FIXED INCOME )
LLC (f/k/a LEHMAN BROTHERS ASSET )
MANAGEMENT), and BOSTON FINANCIAL DATA )
SERVICES, INC.                 )   ECF Case
                               )
                    Defendants. )

     The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by_____ DECEMBER 15, 2009 (12/15/09)_____

(ii)    Amend the pleadings by_____ DECEMBER 15, 2009 (12/15/09)_____

(iii)   All discovery to be expeditiously completed by___ ~~MARCH 1, 2010 (3/1/10)~~ Leave for J. Peck RMB

(iv)   Consent to Proceed before Magistrate Judge_____ ALL PARTIES CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE ANDREW J. PECK._____

(v)    Status of settlement discussions_____ THE PARTIES ARE ATTEMPTING IN GOOD FAITH TO DETERMINE WHETHER THEY CAN REACH A QUICK RESOLUTION OF THIS MATTER

Sections vi through xi will be set at conference with the Court.

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)   Final Pre-Trial Conference_____

(x)     Trial  _____

(xi)    Other _____


SO ORDERED: New York, New York
            9/17/09

_____
Hon. Richard M. Berman, U.S.D.J.