USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/2/09

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

CANTAB CAPITAL PARTNERS LLP,

                  Plaintiff,

- against –

NEUBERGER BERMAN MANAGEMENT LLC
(f/k/a NEUBERGER BERMAN MANAGEMENT,
INC.), NEUBERGER BERMAN FIXED INCOME
LLC (f/k/a LEHMAN BROTHERS ASSET
MANAGEMENT), and BOSTON FINANCIAL DATA
SERVICES, INC.

                  Defendants.

Civ. No.: 09-cv-06797
(AJP)

NOTICE OF
VOLUNTARY
DISMISSAL BY
PLAINTIFF

ECF Case

---

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Cantab Capital Partners LLP hereby dismisses the above captioned action in its entirety with prejudice against all parties.

Dated: New York, New York
       October 30, 2009

**MEMO ENDORSED** 11/2/09
Approved.
SO ORDERED
Hon. Andrew Jay Peck
United States Magistrate Judge
[illegible handwritten notation]

BY FAX

CHAFFETZ LINDSEY LLP
*Attorneys for Plaintiff Cantab Capital Partners LLP.*

By: /s/ Karen C. Baswell
Peter R. Chaffetz (PC-0562)
Cecilia Froelich Moss (CF-0607)
Karen C. Baswell (KB-1020)
1350 Avenue of the Americas
New York, New York 10019
(212) 257-6960